UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YURI LUIS ESTEVEZ,

        Petitioner,

    v.

        Case No. 2:26-cv-683-KCD-DNF

WARDEN, FLORIDA SOFT SIDE
SOUTH,  U.S. ATTORNEY
GENERAL,

        Respondents.

_____/

## **ORDER**

Petitioner Yuri Luis Estevez, a non-citizen currently detained by immigration authorities, has filed an unsigned habeas corpus petition. (Doc. 1 at 9.) Rule 2(c) of the Habeas Rules requires that the petition "be signed under penalty of perjury by the petitioner or a person authorized to sign it for the petitioner under 28 U.S.C. § 2242." Habeas Rule 2(c)(5). Thus, the Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed without prejudice**. Estevez may refile a habeas petition that complies with the Habeas Rules. The Clerk is **directed** to close the case.

**ORDERED** in Fort Myers, Florida on March 13, 2026.

Kyle C. Dudek
United States District Judge